While I agree that we have no choice but to dismiss for lack of a final appealable order, I do so with regret for it only prolongs the matter when it should have been terminated by ruling that public policy in Ohio precludes insurance coverage for injuries produced by the negligent or intentional acts of individuals who fail to prevent sexual molestation of a minor.Cuervo v. Cincinnati, Ins., Co. (1996), 76 Ohio St.3d 41.Westfield Cos. V. Kette (1996), 77 Ohio St.3d 154. I believe the public policy against insurance coverage for any individual who is in any way implicated in sexual misconduct directed at a minor is so clear as to preclude discussion. The fact that Cuervo andKette happen to involve two insureds is a distinction without a difference. ___________________________________ FREDERICK N. YOUNG, PRESIDING JUDGE ___________________________________ THOMAS J. GRADY, JUDGE ___________________________________ MARY CACIOPPO, JUDGE
(Judge Mary Cacioppo, Retired for the Court of Appeals, Ninth Appellate District, sitting by Assignment of the Chief Justice of the Supreme Court of Ohio.)
Copies mailed to:
Ronald Keller, Attorney for Plaintiff-Appellee
Jerry Kuhr, Attorney for Defendant-Appellee/Cross-Appellant,Pro se
Mark R. Chilson, Attorney for Defendant-Appellant/Cross-Appellee, Seneca
Hon. Thomas M. Rose,